IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CLARENCE PARKER,                :

      Petitioner,            :      Case No. 3:09cv266
                                      Case No. 3:04cr140(7)

vs.                             :
                                      District Judge Thomas M. Rose
UNITED STATES OF AMERICA,        :      Magistrate Judge Sharon L. Ovington

      Respondent.           :

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #764), to whom this case originally was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections has expired, hereby **ADOPTS** said Report and Recommendations.

IT THEREFORE IS **ORDERED** THAT:

1. The Report and Recommendations filed on May 9, 2011 (Case No. 3:04cr140, Doc. #764) are ADOPTED in full;

2. Petitioner Clarence Parker's motion to vacate, set aside or correct sentence (Case No. 3:04cr140, Doc. #728) is DENIED and DISMISSED with prejudice;

Case: 3:04-cr-00140-TMR-SLO Doc #: 766 Filed: 05/31/11 Page: 2 of 2  PAGEID #: 5087

3. No certificate of appealability shall issue, and leave to appeal *in forma pauperis* is DENIED; and

4. This matter is TERMINATED on the docket of this Court.

May 31, 2011                                                                 *s/THOMAS M. ROSE*

                                                   Thomas M. Rose
                                       United States District Judge